John H. Davis, Respondent, v. W. Earl Davis, Appellant, and Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Alfred Lee and Another, Appellants, v. James Coupe and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Clara K. Herfurth, Respondent, v. Richard Morganti and Another, Defendants, Impleaded with City of Niagara Falls, New York, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Rudolf W. Herfurth, Respondent, v. Richard Morganti and Another, Defendants, Impleaded with City of Niagara Falls, New York, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Ruth Matthews, an Infant, etc., Respondent, v. Mieczyslaw Tabak, Appellant, and Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Zell Matthews, Respondent, v. Mieczyslaw Tabak, Appellant, and Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Kellogg Lumber Company, Inc., Respondent, v. Union Furniture Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Alvin S. Long, Respondent, v. John Rouse, Defendant, Bewley-Truesdale Contracting Co., Inc., and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Daniel Coveny, Respondent, v. Utica Gas and Electric Company, Appellant. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Tifft Construction Co., Inc., Respondent, v. Carl C. Grimm, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Margaret Powers, Respondent, v. Julius W. Schreib, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Frank L. Powers, Respondent, v. Julius W. Schreib, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Richard Wood, Respondent, v. Mary Ribak, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Jadwiga Krzeminski, Individually and as Administratrix of Teofil Krzeminski, Deceased, Respondent, v. Richard W. Eaton, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.